(August 26, 1977)

■    In the Matter of RAMON S. VELEZ v JOSEPH PREVITE et al., Constituting the Board of Elections of the City of New York, and BLANCA L. VELEZ.—Motion for resettlement granted and upon resettlement of Appeal No. 671, entered on August 25, 1977. [59 AD2d 514.] Judgment, Supreme Court, Bronx County, entered on August 23, 1977, unanimously affirmed for the reasons stated by McCooe, J., without costs and without disbursements. Resettled order signed and filed. Concur—Kupferman, J. P., Silverman, Evans, Lane and Markewich, JJ.